United States District Court
Southern District of Texas
FILED

JAN 1 8 2001

Michael N. Milby, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

| | |
|---|---|
| ALBERTO RAMIREZ-BLANCO | * |
| | * |
| VS | * C.A. NO. B-01-194 |
| | * |
| UNITED STATES OF AMERICA | * (CR. NO. B-00-321) |

## NOTICE OF DISMISSAL
## FOR LACK OF PROSECUTION

On November 27, 2001, the U.S. District Clerk mailed to the Petitioner 2255 forms and application to proceed in forma pauperis. The Petitioner has failed to response and has not filed said documents.

It is, therefore, **ORDERED** that this application for Writ of Habeas Corpus be placed on the dismissal docket and dismissed thereafter if no response is received from Petitioner by February 22, 2002.

DONE at Brownsville, Texas, this 18th day of January 2002.

_____
Felix Recio
United States Magistrate Judge