5

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk 

| | | |
|---|---|---|
| ALBERTO RAMIREZ-BLANCO | * | |
| VS | * | C.A. NO. B-01-194 |
| UNITED STATES OF AMERICA | * | (Cr. No. B-00-321) |

## ORDER

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **March 28, 2002**. Said response shall include the transcript of the sentencing record.

DONE at Brownsville, Texas, this 28th day of January 2002.

Felix Recio
United States Magistrate Judge