AO 240A (1/94)

United States District Court
Southern District of Texas
~~ENTERED~~

6

# United States District Court

JAN 2 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

**Southern** DISTRICT OF **Texas**
**Brownsville Division**

Alberto Ramirez Blanco
Plaintiff

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

V.

USA
Defendant

CASE NUMBER: CR B-01-194
CR-B-00-321

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is:

[✓] GRANTED.

[ ] DENIED, for the following reasons:

_____

_____

ENTER this 28th day of January, 19 2002.

_Signature_
Signature of Judicial Officer

**Felix Recio, U.S. Magistrate Judge**
Name and Title of Judicial Officer