

United States District Court
Southern District of Texas
FILED

APR 0 1 2002

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

ALBERTO RAMIREZ-BLANCO    *
     *
v.      *    CIVIL ACTION No. B-01-194
     *
UNITED STATES OF AMERICA    *
(Criminal No. B-00-321)      *

## NOTICE TO SUPPLEMENT RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, Respondent herein, pursuant to the Court's Order filed January 29, 2002 hereby supplements the Court's record by filing the transcript of the October 5, 2000 re-arraignment proceeding and the transcript of the January 16, 2001 sentencing proceeding in the above-entitled and numbered criminal case.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

MARK M. DOWD
Assistant United States Attorney
600 E. Harrison St., #201
Brownsville, Texas 78520
(956) 548-2554/FAX (956) 548-2549
State Bar No. 06070500
Federal I.D. No. 9314

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice to Supplement Court's Record was mailed to Alberto Ramirez-Blanco (No. 94215-079), Pro Se, Federal Correction Institution, Flightline Unit, 2001 Rickabaugh Dr., Big Spring, TX 79720 via certified mail, return-receipt on this the 1st day of APRIL, 2002.

MARK M. DOWD
Assistant United States Attorney