## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ALBERTO RAMIREZ-BLANCO,<br>Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA<br>Respondent | §<br>§<br>§<br>§  CIVIL ACTION NO. B-01-194<br>§  CRIMINAL NO. B-00-321<br>§<br>§ |

### ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 is hereby DENIED.

DONE at Brownsville, Texas, this _27_, day of _June_, 2002.

_____
Hilda G. Tagle
United States District Judge