11

United States Vs Ramirez Blanco
B 00 321

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 9 2002

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA
[Plaintiff]

CA B-01-194

Vs.

1 00CR00321 001

ALBERTO RAMIREZ BLANCO
[Defendant]

MOTION FOR THE ISSUANCE OF AN ORDER ALLOWING DEFENDANT TO SEEK LEAVE, AND [TO] FILE
SUPPLEMENT TO PREVIOUSLY FILED REQUEST UNDER 28 USC 2255

SUMMARY OF [THE] ARGUMENT[S] AND ARGUMENT[S]

Defendant herein[named], [by and through], moves this court for the issuance of an order permitting him to file a supplement to [the] previous motion presently pending before this court.

Mr. Ramirez will show the follows

The court should consider a departure[s] based upon his substantial cooperation with the government in providing truthful and substantial information to the government.

such [action by the defendant] constitutes exceptional circumstances and factors outside the heartland not previously considered by the Sentencing Commission connected to the USSG.

See United Vs. Fagara, C.A. 8 [Minn.] 1993, 987 F2d 538, citing that the District court may review prosecutors'

1

United States Vs Ramirez Blanco
B 00 321

Refusal to file substantial assistance motion and grant relief if refusal is based upon unconstitutional motive, but claim That defendant merely provided substantial assistance will not entitle defendant to remedy or even discovery or Evidentiary hearing.

Also see United States Vs. Khan, C.A., 2 [N.Y], 1990, 920 F2d 1100. The government had acted in bad faith in this In that, for the purpose of securing Mr. Ramirez' testimonies for future prosecutions, it refuses to file a motion under 5 K1.1 for the substantial assistance and cooperation provided by the defendant. And further, refer to United States Vs. Curran  C.D Ill.1989, 724 F Supp. 1239 and 965 F2d 262, noted special circumstances of evidence of Unconstitutional motives [by] prosecutors not to file motion and/or recommendation based upon 5 K1.1 or truthful And substantial information provided by the defendant. Since there were mitigating and aggravating factors connected To Mr. Ramirez' prompt deportation to El Salvador from the United States, the had [the] court also has the discretion To consider departing from the guideline ranges. United States Vs. Easterling C.A., 10 [Okla] 1990, 921 F2d 1073.

## CONCLUSION

For the reasons set forth hereto, theses matters should be put over for further relevant proceedings etc., and review.

United States Vs Ramirez Blanco
B 00 321

Yours etc., *[signature]*

Alberto Ramirez Blanco

Defendant

United States Vs Ramirez Blanco
B 00 321

# TABLE OF CONTENTS

SUMMARY OF THE ARGUMENTS AND ARGUMENTS _____

CONCLUSION _____

PRECEDENTS AND AUTHORITIES _____

AFFIRMATION _____

STATEMENT CONCERNING AN ORAL ARGUMENT _____

## STATEMENT WITH REGARD TO [AN] ORAL ARGUMENT

The defendant does active seek an oral argument but, would leave that decision to the court as it may deems it Necessary and relevant to ariartsin and/or conduct one.

4

United States Vs Ramirez Blanco
B 00 321

## PRECEDENT AND AUTHORITIES

USA Vs. Favara
C.A., 8 [Minn] 1993
987 F2d 538

USA Vs Khan
C.A., 2 [NY] 1991
920 F2d 1100

USA Vs Guerra
CD Ill 1992
724 F Supp 1229
953 F2d 250

USA Vs Esterling
C.A., [Okla] 1990
921 F2d 1072

USSG 5 K1.1

28 USC 2255

5

United States Vs Ramirez Blanco
B 00 321

## AFFIRMATION

I hereby certify that I have submitted and forwarded a true and accurate copy and/or copies of the foregoing to The offices of the United States Attorney through Assistant Attorney JODY YOUNG, at 600 E. Harrison Brownsville, Texas 78520, on this 15th Day of August of 2002.

By *[signature]*

Alberto Ramirez Blanco
Defendant

Dated
August 15, 2002

United States Vs Ramirez Blanco
B 00 321