/3

Alberto Ramirez Vs. USA
B 01 194

United States District Court
Southern District of Texas
FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

OCT 2 1 2002

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA
[Plaintiff]

Vs.

B 01 194
B 00 321

ALBERTO RAMIREZ BLANCO
[Defendant]

OBJECTION TO MAGISTRATE JUDGE RECOMMENDATION AS TO DEFENDANT'S
PENDING MOTION PURSUANT TO 28 U S C 2255 AND [THE] CERTIFICATE OF APP
AP E ALA BI L IT Y THEREOF

Appearing in the matter thereto defendant, as for an objection to the Magistrate

Recommendation in conjunction with this matter, sets forth the follows:

i

Alberto Ramirez Vs. USA
B 01 194

## STATEMENT OF THE CASE AND STATEMENT OF FACTS

**Standard of review.-**

   Defendant entered in[to] plea agreement with government knowing he would be subjected to Deportation as result of his conviction[s] and underlying sentences.
Records show[s] that Mr. Ramirez complied fully and thoroughly with plea agreement including But not limited to conducting several debriefing sessions with government and relevant case[s] Agent[s]. Government did not file request and/or motion based upon 5K1.1 in behalf of Defendant and had promised they, the government, would entertain seeking a departure for Mr Ramirez based upon Rule[s] 35 [b] at a later date and time etc. to compensate the overlap as to Sentences he received from District court. See files and PSI Report.
   It's reasonable at this stage of the process that seek to have his sentences adjusted based upon The government failure[s] to so comply with [aforementioned] agreement. See files.
This issue may be reasonably construed and/or raised as an application for [CoA] Certificate of App e ala b i l i t y. See the interpretation of Hill Vs. Johnson 114 F3d 78 [5th Cir. 1977].
Citing a substantial showing requirement. Hallmark Vs. Johnson 256 F3d 317 [5th Cir. 1998].
   The failures to comply with a plea agreement may be very significant as to establish a Substantial showing of a material fact[s].
See United States Vs. Hatch C.A., 5[La] 1991, 926 F2d 387. Citing the misapplication of the Guideline[s] and the erroneous belief of District court that it lack[ed] the authority to depart from

2

Alberto Ramirez Vs. USA
B 01 194

Guideline[s. United Sates Vs Ives   C.A., 5[Tex] 1993, 984 F2d 649. Etc.

Further, it's a substantial showing where as a result of his cooperation with government,

Defendant may not be able to return home again to his native El Salvador any more for fear

He may no longer be safe there.

Defendant was awarded with a five level[s] adjustment for acceptance of responsibility and

Also for minimum participation from [level 28 to 23] see files and J & C[Judgment &

Commitment]. That adjustment is in way related to a reduction based upon substantial [   ]

Assistance and cooperation in connection with information given by the defendant resulting in

The prosecution of various individual[s] in several jurisdiction[s] etc.

Alberto Ramirez Vs. USA
B 01 194

## CONCLUSION

For the foregoing reasons, [the] issues raised by defendant based upon Rule[s] 35 [b], and The misapplication of the Guidelines thereof, is of substantial showing for the purpose of an Application connected to CoA[Certificate of Appealability].

Yours etc.,

Alberto Ramirez Blanco

*[signature]*

4

Alberto Ramirez Vs. USA
B 01 194

## AFFIRMATION

I hereby verify that, on this 15th Day of October, I have submitted a true and correct copy/ copies of the foregoing to the Offices of the United States Attorney at

600 E Harrison, Brownsville, Texas 78520

BY

Alberto Ramirez Blanco

Dated: October 14, 2002

*[signature]*

5